AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| Narayana Rheiner | ) |
|  | ) |
| Defendant | ) |

Case: 1:22-mj-00046
Assigned To : Faruqui, Zia M.
Assign. Date : 3/1/2022
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Narayana Rheiner**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 03/02/2022

*Issuing officer's signature*
Zia M. Faruqui
2022.03.02 16:58:41 -05'00'

City and state:    Washington, D.C.            Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/02/2022, and the person was arrested on *(date)* 03/02/2022
at *(city and state)* Baltimore, Maryland.

Date: 3/3/2022

*Arresting officer's signature*

TerryAnn Burns - Special Agent
*Printed name and title*